**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1207**

_____

DAGME ALEMAYEHU,

                                            Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                            Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.  (A95-227-648)

_____

Submitted:  September 30, 2005       Decided:  November 1, 2005

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Aragaw Mehari, Washington, D.C., for Petitioner.  Gretchen C. F. Shappert, United States Attorney, Charlotte, North Carolina, Amy E. Ray, Assistant United States Attorney, Asheville, North Carolina, for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dagme Alemayehu, a native and citizen of Ethiopia, petitions for review of an order of the Board affirming in part the immigration judge's order denying his requests for asylum and withholding of removal.

To obtain reversal of a determination denying eligibility for asylum relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Alemayehu fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that he seeks.

Additionally, we uphold the immigration judge's denial of Alemayehu's request for withholding of removal. "Because the burden of proof for withholding of removal is higher than for asylum--even though the facts that must be proved are the same--an applicant who is ineligible for asylum is necessarily ineligible for withholding of removal under [8 U.S.C.] § 1231(b)(3)." Camara v. Ashcroft, 378 F.3d 361, 367 (4th Cir. 2004). Because Alemayehu fails to show that he is eligible for asylum, he cannot meet the higher standard for withholding of removal.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions

are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>